## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

COLONY NATIONAL INSURANCE
COMPANY,

     Plaintiff,

v.                                                              Case No: 8:13-cv-1750-T-30AEP

CONTROL BUILDING SERVICES,
INC.,

     Defendant.

_____

## FINAL DEFAULT JUDGMENT

THIS CAUSE comes before the Court upon Plaintiff's Motion for Default Judgment (Dkt. #35). Upon review and consideration, and being otherwise advised in the premises, the motion is granted.

On July 21, 2014, the Court entered a default against Defendant Control Building Services, Inc. after it failed to obtain counsel in compliance with the Court's prior Orders (Dkts. 33 & 34). Plaintiff Colony National Insurance Company now moves for default final judgment in the amount of $200,000 in damages and $532.20 in costs. The allegations of the complaint and the affidavit of Regina Tuggle, Plaintiff's Senior Claims Specialist, are sufficient to establish a judgment amount of $200,532.20.

Specifically, the complaint alleges that the subject insurance policy between the parties required that Defendant reimburse Plaintiff a one-hundred-thousand dollar self-

insured retention in each of two lawsuits (more specifically described in the complaint at Dkt. 2). Defendant breached the policy when it refused to reimburse Plaintiff the two-hundred-thousand dollars Plaintiff advanced on Defendant's behalf. By failing to defend itself in this action, Defendant has conceded the truth of the well-pled allegations.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Default Judgment (Dkt. #35) is GRANTED.

2. Final judgment is entered in Plaintiff COLONY NATIONAL INSURANCE COMPANY's favor and against Defendant CONTROL BUILDING SERVICES, INC. in the amount of $200,532.20. This amount shall incur post-judgment interest at the federal statutory rate.

3. The Clerk is directed to terminate any pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of July, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2013\13-cv-1750 mot fj 35.docx

2